**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

April 21, 2022

VIA ECF

The Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Aaron Harding v. Dorilton Capital Management LLC, et al.
     Civil Action No. 22-cv-1726 (CM)

Dear Judge McMahon:

This firm represents defendants Dorilton Capital Advisors LLC, Dorilton Capital Management LLC, Alcority LLC, ONETHIRTYONE LLC, and Samuel Mathew (collectively, "Defendants") in the above-captioned action.[1]

We write to respectfully request that the Court adjourn the initial case management conference currently scheduled for May 5, 2022 at 10:00 a.m. (Dkt. 15). Defendants' deadline to respond to the Complaint is currently May 16. Defendants anticipate filing a motion to dismiss, and respectfully request that the initial case management conference be adjourned until after the motion is fully briefed.

Plaintiff has agreed to our request for an adjournment. This is our first such request and will not affect any other deadlines in this action.

Thank you for your consideration.

Respectfully,

/s/ Gabrielle Levin

Gabrielle Levin

cc:  All counsel of record (via ECF)

---

[1] Mr. Mathew was incorrectly sued as "Samuel Mathews."

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.